IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN A. PINO, | : | |
| Petitioner, | : | 1:16-cv-1788 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| BARRY SMITH, SUPERINTENDENT, SCI-HOUTZDALE, PA ATTORNEY GENERAL, | : | |
| Respondents. | : | |

## **ORDER**

### **January 11, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 3) to stay is DENIED.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

3. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

4. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

s/ John E. Jones III
John E. Jones III
United States District Judge